**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

WOODBERG ROOFING & RESTORATION, LLC

Plaintiff,

vs.

STATE FARM FIRE & CASUALTY COMPANY,

Defendant.

_____

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**
_____

Defendant, State Farm Fire & Casualty Company, by and through its attorneys, Karen H. Wheeler and Jami A. Maul of Wheeler Law, Professional Corporation, hereby submits its Notice of Removal to United States District Court, and in support thereof states as follows:

TO: PLAINTIFF AND HER ATTORNEYS OF RECORD:
Katherine E. Goodrich
Rodney J. Monheit
MoGo LLC
2701 Lawrence Street, Suite 113
Denver, Colorado 80205
Tel: 303.357.1317
katie@mogollc.com
rodney@mogollc.com

TO: THE HONORABLE A. BRUCE JONES, DENVER DISTRICT COURT JUDGE,
DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO, DIVISION 275
1437 Bannock Street
Denver, Colorado 80202

PLEASE TAKE NOTICE that the Defendant herein, State Farm Fire & Casualty Company, ("State Farm"), by and through its attorneys, Karen H. Wheeler, Jami A. Maul, and Charles C. Hall of Wheeler Law, Professional Corporation, hereby files this Notice of Removal to

the United States District Court for the District of Colorado of the action brought by Plaintiff Woodberg Roofing & Restoration, LLC, against State Farm in Denver County District Court, Colorado case number 2020CV34308, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. As grounds therefor, Defendant states as follows:

1. On January 19, 2021, Defendant was served with a copy of the Summons, Complaint, and Civil Case Cover Sheet in case number 2020CV34308, in the District Court of Denver County, State of Colorado, filed by Plaintiffs on or about December 21, 2020. *See* **Exhibit A**, District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint, Counter-Claim or Third-Party Complaint; **Exhibit B**, Complaint for Damages and Jury Demand; **Exhibit C**, Summons; **Exhibit D**, Affidavit of Service.

2. This lawsuit arises from Plaintiff's claim that it is entitled to damages pursuant to C.R.S. §§ 10-3-1115 and 10-3-1116, arising out Defendant's handling of a hail damage claim with an alleged date of loss of May 9, 2017, for its insured Ivan Soto. Plaintiff alleges it has an assignment of Mr. Soto's claim. **Exhibit B**, p. 3-4 ¶¶ 18 and 25.

3. Thirty days have not yet expired since January 19, 2021, the date the Complaint was received by the Defendant. *See* **Exhibit D**, Affidavit of Service. Defendant's notice of removal is therefore timely pursuant to 28 U.S.C. § 1441, *et seq*.

4. Any civil action "brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This action is removable because the United States District Court for the District of Colorado has original diversity jurisdiction over this action. *See* 28 U.S.C. § 1332(a).

6. As discussed below, the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

7. "For purposes of diversity jurisdiction under 28 U.S.C. § 1332(a)(1), state citizenship is the equivalent of domicile." *Crowley v. Glaze*, 710 F.2d 676, 678 (10th Cir. 1983).

8. State Farm's principal place of business is in Bloomington, Illinois. *See* **Exhibit E**, Amended Articles of Incorporation, p. 6, Articles of Amended, Article II.

9. State Farm is an Illinois corporation. *See* **Exhibit E**, Amended Articles of Incorporation, p. 6, Articles of Amended, Article II.

10. A corporation is "deemed to be a citizen of any State and foreign state by which it has been incorporated and of the State or foreign state where it has a principal place of business[.]" 28 U.S.C. § 1332(c)(1).[1]

11. Plaintiff is a citizen and domicile of Colorado. *See* **Exhibit B**, p. 1, ¶ 1; *and see* **Exhibit F**, Certificate of Good Standing, Woodberg Roofing & Restoration LLC, February 9, 2021.

12. Defendant is not aware of any information to indicate that Plaintiff is a citizen or domicile of Illinois.

13. Because Plaintiff is a citizen of Colorado and State Farm is a citizen of Illinois, the parties are citizens of different states pursuant to 28 U.S.C. § 1332(c)(1).

14. "[D]ocuments that demonstrate a plaintiff's own estimation of its claim are a proper means of supporting the allegations in the notice of removal, even though they cannot be used to support the ultimate amount of liability." *McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008).

---

[1] Plaintiff's action is not a direct action within the meaning of 28 U.S.C. § 1332(c)(1). *See, e.g., Fortson v. St. Paul Fire and Marine Ins. Co.*, 751 F.2d 1157, 1159 (11th Cir. 1985)(citation omitted).

An indication on a civil cover sheet that the amount in controversy exceeds $100,000 is sufficient to meet the jurisdictional threshold for removal. *Paros Properties, LLC v. Colorado Casualty Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016).

15. The amount in controversy exceeds $75,000, exclusive of interest and costs, as reflected by Plaintiff's Civil Cover Sheet. Plaintiff, through her counsel, has represented that she is seeking "a monetary judgment… for more than $100,000[.]" *See id.*; 28 U.S.C. § 1446(c)(2)(A)(ii); **Exhibit A**, p. 1.

16. Plaintiff's claim for relief is: "Violation of C.R.S. § 10-3-1115 & Relief Under C.R.S. § 10-3-1116." **Exhibit B**, pp. 4-5, ¶¶ 23-30.

17. Plaintiff's alleges that Defendant delayed payment of over $80,000.00 in first-party benefits and did so without a reasonable basis within the meaning of C.R.S. § 10-3-1115(2).

18. Moreover, Plaintiff's Claim for Relief, a claim pursuant to C.R.S. §§ 10-3-1115 and 10-3-1116, allows for recovery of two times the covered benefit, as well as attorney fees and costs for a successful claim made pursuant to the statute. C.R.S. § 10-3-1116. **Exhibit B**, p. 5.

19. Accordingly, Plaintiff is clearly estimating the value of its claims to be in excess of the jurisdictional threshold of $75,000.

20. Because the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000, the district court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

21. This action is pending in Denver County District Court, State of Colorado, which is embraced by the United States District Court for the District of Colorado. *See* **Exhibits A-D**; *see also* Fed. R. Evid. 201(b)(1)-(2).

22. Accordingly, this action is removable from Denver County District Court to this Court

pursuant to 28 U.S.C. § 1441(a).

23.     Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant hereby gives notice of removal of the action pending against it in Denver County District Court, Colorado, case number 2020CV34308, to the United States District Court for the District of Colorado.

24.     Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served in this action are attached to this Notice of Removal as **Exhibits A–D; G and H**, and include:

> A.  District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint, Counter-Claim or Third-Party Complaint (**Exhibit A**);
> B.  Complaint and Jury Demand (**Exhibit B**);
> C.  Summons (**Exhibit C**);
> D.  Return of Service (**Exhibit D**);
> E.  Delay Reduction Order (**Exhibit G**);
> F.  Pretrial Order (**Exhibit H**).

WHEREFORE, Defendant respectfully requests by this Notice, that case number 2020CV34308 pending in the District Court of Denver County, State of Colorado, be removed to the United States District Court for the District of Colorado.

DATED this 9th day of February, 2021.

> Respectfully submitted,
>
> s/ *Karen H. Wheeler*
> Karen H. Wheeler
> Jami A. Maul
> Charles C. Hall
> Wheeler Law, P.C.
> 5690 DTC Boulevard, Suite 240E
> Greenwood Village, Colorado 80111
> Telephone: (303) 221-4787
> Office@wheeler5280.com
>
> Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

WOODBERG ROOFING & RESTORATION, LLC

Plaintiff,

vs.

STATE FARM FIRE & CASUALTY COMPANY,

Defendant.

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on February 9, 2021, I electronically filed the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** with the Clerk of Court for filing and uploading to the CM/ECF system and served electronically to the following:

Katherine E. Goodrich
Rodney J. Monheit
MoGo LLC
2701 Lawrence Street, Suite 113
Denver, Colorado 80205
Tel: 303.357.1317
katie@mogollc.com
rodney@mogollc.com

Attorneys for Plaintiff

s/      *Karen H. Wheeler*